**MTU AKILI, Petitioner–Appellant,**

v.

**C. ZYCH, Warden, Respondent–**
**Appellee.**

No. 12–8087.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 22, 2013.

Mtu Akili, Appellant Pro Se.

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c)(1) (West 2006 & Supp.2012).

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mtu Akili, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Akili V. Zych,* No. 7:12–cv–00456–MFU–RSB (W.D.Va. Oct. 15, 2012; Nov. 27, 2012) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*